IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA            :

                                    :        05-CR 257

            -v-                     :        05-CR-

                                             I N F O R M A T I O N
                                    :        Title 29, U.S.C. §501(c)

ALBERT MOORE, JR.                   :

            Defendant               :

---

## COUNT I

The United States Attorney Charges That:

From a time unknown, but no later than on or about January 2000 until on or about May 2002, in the Western District of New York, the defendant, ALBERT MOORE, JR., while an officer, that is, Financial Secretary/Treasurer of the Paper, Allied-Industrial, Chemical and Energy Workers International Union (PACE), Local # 1-6992, in Buffalo, New York, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and

**FILED**

SEP 26 2005

CLERK, US DISTRICT COURT, WDNY
CELEBRATING 100 YEARS OF SERVICE
TO WESTERN NEW YORK
1906-2006

willfully abstract and convert to his own use the moneys and funds of the labor organization in the approximate amount of $36,000.

All in violation of Title 29, United States Code, Section 501(c).

DATED: Buffalo, New York, September 26, 2005.

KATHLEEN M. MEHLTRETTER
Acting United States Attorney

By: /s/ Gretchen L. Wylegala
GRETCHEN L. WYLEGALA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
(716) 843-5700, ext. 822
Gretchen.Wylegala@usdoj.gov